FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

12 NOV 19 PM 3: 52

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

United States of America and the
State of Florida ex rel. Randi Ferrare,

    Plaintiffs,

vs.

Case no. 8:08-cv-1689-T-35MAP

Morton Plant Mease Health Care, Inc.,

**FILED UNDER SEAL**

    Defendant.
_____/

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes in this action for purposes of settlement of these claims, pursuant to 31 U.S.C. § 3730(c). The United States does not intervene as to Relator's claim for unlawful retaliation brought pursuant to 31 U.S.C. § 3730(h).

The Government requests that the relator's Complaint, Amended Complaint, Second Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

Stuart F. Delery
Principal Deputy Assistant Attorney General

Robert E. O'Neill
United States Attorney

/s/ R. H.

Lacy R. Harwell, Jr.
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

Daniel R. Anderson
Meredith Toole, Trial Attorney
Civil Division, U.S. Department of Justice
601 D Street, N.W., Room 9215
Washington, D.C. 20004
Tel: (202) 616-3165
Fax: (202) 616-4286
Meredith.L.Toole@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2012, I served The Government's Notice of Election to Intervene and proposed order by first class mail, postage pre-paid, on the following counsel of record:

Kevin Darken
Cohen Law Group
P.O. Box 172538
Tampa, FL 33672

_____
LACY R. HARWELL, JR.
Assistant United States Attorney