**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

United States of America and the
State of Florida ex rel. Randi Ferrare,

    Plaintiffs,

vs.                                      Case no. 8:08-cv-1689-T-35MAP

Morton Plant Mease Health Care, Inc.,

    Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) and in accordance with their settlement agreement in this matter, the United States and Relator hereby seek dismissal with prejudice of all claims in the above-referenced action <u>except</u> for the relator's claim for unlawful termination in Count III of her Second Amended Complaint.  A proposed order accompanies this notice.

                                        Respectfully submitted,

| | |
|---|---|
| /s/Kevin Darken | Stuart F. Delery |
| Kevin Darken | Principal Deputy Assistant Attorney General |
| Florida Bar No. 096478 | |
| Cohen Law Group | Robert E. O'Neill |
| P.O. Box 172538 | United States Attorney |
| Tampa, FL 33672 | |
| Tel. (813) 255-1655 | /s/LacyR. Harwell, Jr. |
| Fax (813) 255-1921 | Lacy R. Harwell, Jr. |
| kdarken@tampalawfirm.com | Assistant United States Attorney |
| | Florida Bar No. 714623 |
| Counsel for relator | 400 North Tampa St., Suite 3200 |
| | Tampa, FL 33602 |
| | Tel. (813) 274-6000 |
| | Fax (813) 274-6200 |
| | Randy.Harwell@usdoj.gov |

Daniel R. Anderson
Meredith Toole, Trial Attorney
Civil Division, U.S. Department of Justice
601 D Street, N.W., Room 9215
Washington, D.C. 20004
Tel: (202) 616-3165
Fax: (202) 616-4286
Meredith.L.Toole@usdoj.gov

Counsel for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2012, I caused a true copy of the foregoing to be filed using the Court's CM/ECF filing system, which will send an electronic notice of filing to the following counsel of record:

Kevin Darken
kdarken@tampalawfirm.com

Barry Cohen
bcohen@tampalawfirm.com

I also hereby certify that on this 3rd day of December, 2012 I caused a true copy of the foregoing to be served by United States Mail, first class postage prepaid, upon:

Robert M. Jackson
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506

/s/Lacy R. Harwell, Jr.
LACY R. HARWELL, JR.
Assistant United States Attorney